FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

2014 DEC -8  AM 9: 02

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| LET'S GEL, INC., | ) | |
| | ) | Case No. 1:14-cv-00959-SS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LOUIS VUITTON NORTH AMERICA, INC. | ) | |
| LOUIS VUITTON MALLETIER, | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

BE IT REMEMBERED on this the ___5th___ day of ___Dec_____, 2014,

there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Shermin Kruse

("Applicant"), counsel for Defendants and the Court, having reviewed the motion, enters the

following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and

Applicant may appear on behalf of _Defendants_ in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so,

shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of

$100.00, made payable to: Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies

and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas,

shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 5th day of Dec. 2014.

_____

HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

2